UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ENSURETY VENTURES, LLC and EGV COMPANIES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> COURTNEY SNYDER, a/k/a ANDREW JACKSON, NATASHA SNYDER, ALAN MCCALIP, AUTOBANC, LLC, GOLD KEY WARRANTY, LLC, d/b/a CONSUMER CARE DIRECT, NATIONAL ADMINISTRATIVE SERVICE CO., LLC, FINAL YARD CONSULTING, LLC, DESERT CONSULTING GROUP, LLC, <br><br> Defendants. | Case No. CIV-24-78-SLP |

**DEFENDANTS' NOTICE OF SUBPOENAS DUCES TECUM TO MOXY SOLUTIONS, INC., PAYLINK PAYMENT PLANS, LLC D/B/A PAYLINK DIRECT, FORTEGRA FINANCIAL CORPORATION, VSC DIRECT, LLC, OMNISURE GROUP, LLC, FORTE DATA SYSTEMS, INC., JEFF BIRMES, ST. AUBREY SERVICES, LLC, BUDCO FINANCIAL SERVICES, INC., WALCO FUNDING LLC, INLINE DATA SYSTEMS, LLC, AND ASSURANT, INC.**

Please take notice that, pursuant to Fed.R.Civ.P. 45and LcvR 45.1, Defendants, Courtney Snyder, a/k/a Andrew Jackson, Natasha Snyder, Alan McCalip, Autobanc, LLC, Gold Key Warranty, LLC, d/b/a Consumer Care Direct, Final Yard Consulting, LLC, and Desert Consulting Group, LLC, shall cause Subpoenas to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to be issued to Moxy Solutions, Inc., Paylink Payment Plans, LLC d/b/a Paylink Direct, Fortegra Financial Corporation, VSC Direct, LLC, Omnisure Group, LLC, Forte Data Systems, Inc., Jeff Birmes, St. Aubrey Services, LLC, Budco Financial Services, Inc., Walco Funding LLC, Inline Data Systems, LLC, and Assurant, Inc., to produce and permit the inspection and copying of documents in their possession, custody and control as described on Exhibit 1 to each Subpoena, true and correct copies of which are attached hereto as

#22074459.1

Exhibits 1 through 12. The document production will take place fourteen (14) days from service at the offices of Durbin, Larimore & Bialick, located at 920 North Harvey, Oklahoma City, OK 73102, unless a different time and place are agreed upon among the parties and the persons from whom documents have been subpoenaed.

*s/R. Ryan Deligans*
R. Ryan Deligans, OBA #19793
Lane R. Neal, OBA #22246
Lauren N. Lenahan, OBA #33552
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
rdeligans@dlb.net; lneal@dlb.net; llenahan@dlb.net
     - and -
Jeremy Z. Carter, OBA #19772
The Carter Law Firm
131 NW 32nd Street
Newcastle, OK 73065
Telephone: (405) 392-3300
Facsimile: (405) 392-2417
jeremy@jzcarterlaw.com
Attorneys for Defendants

#22074459.1

**CERTIFICATE OF SERVICE**

☒ I hereby certify that on November 27, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Alan D. Schindler
Colorado Bar #49270
Greenspoon Marder LLP
1144 15th Street, Suite 2700
Denver, CO 80202
Telephone: (303) 665-0860
Alan.Schindler@gmlaw.com
    - and -
Mary H. Tolbert, OBA #17353
Steptoe & Johnson PLLC
101 N Robinson Ave., Suite 500
Oklahoma City, OK 73102
Telephone: (405) 930-5151
Facsimile: (405) 212-5843
molly.tolbert@steptoe-johnson.com
Attorneys for Plaintiffs

                                              *s/R. Ryan Deligans*
                                              R. Ryan Deligans

4014.0002\SDTs(22074459.1)